United States Bankruptcy Court

Eastern District of Pennsylvania

In re:   Case No. 22-11021-pmm
Sharon K. Livering   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: admin        Page 1 of 2
Date Rcvd: Dec 15, 2022        Form ID: 155        Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sharon K. Livering, 248 1/2 E South Street, Allentown, PA 18109-2746 |
| 14733563 | + | US Bank Trust National Association, not in capacity but owner for, VRMTG Asset Trust, c/o Michael Farrington, Esq., 701 Market St., Ste 5000 Philadelphia, PA 19106-1541 |
| 14685456 | + | Young, Marr & Associates, LLC, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14702937 | + | Email/PDF: rmscedi@recoverycorp.com | Dec 16 2022 00:28:18 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14685448 | | Email/Text: ECF@fayservicing.com | Dec 16 2022 00:27:00 | Fay Servicing Llc, Attn: Bankruptcy Dept, Po Box 809441, Chicago, IL 60680 |
| 14685449 | + | Email/Text: ECF@fayservicing.com | Dec 16 2022 00:27:00 | Fay Servicing Llc, 1601 Lbj Freeway, Farmers Branch, TX 75234-6512 |
| 14686183 | | Email/Text: BankruptcyECFMail@mccalla.com | Dec 16 2022 00:27:00 | US Bank Trust National Association, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076 |
| 14685451 | + | Email/Text: Bankruptcies@nragroup.com | Dec 16 2022 00:28:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 14685450 | + | Email/Text: Bankruptcies@nragroup.com | Dec 16 2022 00:28:00 | National Recovery Agency, Attn: Bankruptcy, Po Box 67015, Harrisburg, PA 17106-7015 |
| 14685453 | + | Email/Text: clientservices@remexinc.com | Dec 16 2022 00:27:00 | Remex Inc, 307 Wall Street, Princeton, NJ 08540-1515 |
| 14685452 | + | Email/Text: clientservices@remexinc.com | Dec 16 2022 00:27:00 | Remex Inc, Attn: Bankruptcy, Po Box 765, Rocky Hill, NJ 08553-0765 |
| 14685455 | + | Email/PDF: tbiedi@PRAGroup.com | Dec 16 2022 00:28:23 | The Bureaus Inc, 650 Dundee Road, Northbrook, IL 60062-2747 |
| 14685454 | + | Email/PDF: tbiedi@PRAGroup.com | Dec 16 2022 00:28:09 | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 14687818 | + | Email/PDF: rmscedi@recoverycorp.com | Dec 16 2022 00:28:17 | The Bureaus, Inc., c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14701430 | ^ | MEBN | Dec 16 2022 00:21:56 | US Bank Trust National Association,, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14733380 | ^ | MEBN | Dec 16 2022 00:22:29 | US Bank Trust National Association, as Trustee, C/O KML Law Group PC, 701 Market Street Suite |

| | | |
|---|---|---|
| 14701431    ^   MEBN | Dec 16 2022 00:21:57 | 5000, Philadelphia, PA. 19106-1541<br>US Bank Trust National Association, et al., Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2022             Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2022 at the address(es) listed below:

**Name** **Email Address**

MICHAEL PATRICK FARRINGTON
on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust mfarrington@kmllawgroup.com

PAUL H. YOUNG
on behalf of Debtor Sharon K. Livering support@ymalaw.com
ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Sharon K. Livering
       Debtor(s)　　　　　　　　　　　　　　　　Chapter: 13

　　　　　　　　　　　　　　　　　　　　　　　Bankruptcy No: 22−11021−pmm

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 15th day of December 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

　　　　　　　　　　　　　　　　　　　　　Patricia M. Mayer
　　　　　　　　　　　　　　　　　　　　　Judge ,
　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court

　　　　　　　　　　　　　　　　　　　　　　　　　29
　　　　　　　　　　　　　　　　　　　　　　　Form 155