# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Sharon K. Livering<br>　　　　　　　Debtor(s) | CHAPTER 13 |
| US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust<br>　　　　　　　Movant<br>　　vs. | NO. 22-11021 PMM |
| Sharon K. Livering<br>　　　　　　　Debtor(s) | 11 U.S.C. Section 362 |
| Craig J. Livering<br>　　　　　　　Co-Debtor | |
| Scott F. Waterman<br>　　　　　　　Trustee | |

## ORDER

AND NOW, this __5th__ day of __April__, 2023 at Reading, upon confirmation of this Stipulation is it ORDERED AND DECREED:

The Court grants approval of the Stipulation executed by all parties. However, the court retains discretion regarding entry of any further order.

*Patricia M. Mayer*
United States Bankruptcy Judge