United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                              Case No. 22-11021-pmm
Sharon K. Livering                                                                         Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4 | User: admin | Page 1 of 2
Date Rcvd: Apr 05, 2023 | Form ID: pdf900 | Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Sharon K. Livering, 248 1/2 E South Street, Allentown, PA 18109-2746 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2023                           Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2023 at the address(es) listed below:**

**Name**                                **Email Address**
DENISE ELIZABETH CARLON
                            on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkgroup@kmllawgroup.com

MICHAEL PATRICK FARRINGTON
                            on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust mfarrington@kmllawgroup.com

PAUL H. YOUNG
                            on behalf of Debtor Sharon K. Livering support@ymalaw.com
                            ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com

SCOTT F. WATERMAN [Chapter 13]
                            ECFMail@ReadingCh13.com

United States Trustee
                            USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-4     User: admin     Page 2 of 2
Date Rcvd: Apr 05, 2023     Form ID: pdf900     Total Noticed: 1
TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Sharon K. Livering<br>        Debtor(s) | CHAPTER 13 |
| US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust<br>        Movant<br>    vs. | NO. 22-11021 PMM |
| Sharon K. Livering<br>        Debtor(s) | 11 U.S.C. Section 362 |
| Craig J. Livering<br>        Co-Debtor | |
| Scott F. Waterman<br>        Trustee | |

**ORDER**

AND NOW, this __5th__ day of __April__, 2023 at Reading, upon confirmation of this Stipulation is it ORDERED AND DECREED:

The Court grants approval of the Stipulation executed by all parties. However, the court retains discretion regarding entry of any further order.

_____
United States Bankruptcy Judge