UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

--------------------------------------X

In re                                    :            Chapter 13

**SHARON LIVERING**                      :            Case No. 22-11021

                                     :

Debtor(s).                               :

                                     :

                                     :

--------------------------------------X

# O R D E R

AND NOW, upon consideration of the Debtor's Motion to Modify Confirmed Plan **(Doc. # 42)**, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan (**Doc. # 44**) is **APPROVED**.

Date: 6/29/23

*Patricia M. Mayer*

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**