Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 22-11021-PMM**

Sharon K. Livering  
248 1/2 E South Street  
Allentown  PA    18109

Petition Filed Date: 04/21/2022  
341 Hearing Date: 06/28/2022  
Confirmation Date: 12/15/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/12/2022 | $450.00 | | 09/13/2022 | $450.00 | | 10/06/2022 | $450.00 | |
| 12/01/2022 | $450.00 | | 01/17/2023 | $611.00 | | 02/02/2023 | $611.00 | |
| 03/02/2023 | $611.00 | | 03/30/2023 | $611.00 | | 05/04/2023 | $611.00 | |
| 06/02/2023 | $611.00 | | 06/29/2023 | $611.00 | | | | |

**Total Receipts for the Period:  $6,077.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $7,588.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $3,250.00 | $3,250.00 | $0.00 |
| 1 | FAY SERVICING LLC<br>»» 001 | Mortgage Arrears | $28,450.01 | $2,567.66 | $25,882.35 |
| 2 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC<br>»» 002 | Unsecured Creditors | $451.37 | $0.00 | $451.37 |
| 3 | FAY SERVICING LLC<br>»» 003 | Mortgage Arrears | $2,058.81 | $82.85 | $1,975.96 |
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $500.00 | $0.00 | $500.00 |

**Chapter 13 Case No. 22-11021-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,588.00 | Current Monthly Payment: | $688.00 |
| Paid to Claims: | $5,900.51 | Arrearages: | ($457.00) |
| Paid to Trustee: | $631.48 | Total Plan Base: | $38,091.00 |
| Funds on Hand: | $1,056.01 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.