# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:    SHARON | : | CHAPTER 13 |
| | : | |
| LIVERING, | : | BANKRUPTY NO. 22-11021 (PMM) |
| **Debtor** | | |

## ORDER TO ALLOW SUPPLEMENTAL APPLICATION FOR COMPENSATION

AND NOW, this $^{19th}$ day of September, 2023, upon consideration of the foregoing Supplemental Application for Compensation and Reimbursement of Expenses for Services Performed after Confirmation of Chapter 13 Plan, and upon Notice, Opportunity for Hearing and Certification of No Objection, counsel fees are allowed in the following amount:

Counsel fee:    **$500.00**

The amount may be paid pursuant to the terms of the confirmed Plan.

_____
Judge Patricia M. Mayer
U.S. Bankruptcy Judge