| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 22-11021-PMM

| | |
|---|---|
| Sharon K. Livering | Petition Filed Date: 04/21/2022 |
| 248 1/2 E South Street | 341 Hearing Date: 06/28/2022 |
| Allentown  PA    18109 | Confirmation Date: 12/15/2022 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/01/2024 | $611.00 | | 08/29/2024 | $611.00 | | 10/03/2024 | $611.00 | |
| 10/31/2024 | $611.00 | | 12/06/2024 | $611.00 | | 01/03/2025 | $611.00 | |
| 01/30/2025 | $611.00 | | 03/06/2025 | $611.00 | | 04/07/2025 | $611.00 | |
| 05/01/2025 | $611.00 | | 06/05/2025 | $688.00 | | 07/08/2025 | $688.00 | |

**Total Receipts for the Period: $7,486.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $22,483.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $3,250.00 | $3,250.00 | $0.00 |
| 1 | FAY SERVICING LLC<br>»» 001 | Mortgage Arrears | $28,450.01 | $15,716.03 | $12,733.98 |
| 2 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC<br>»» 002 | Unsecured Creditors | $451.37 | $0.00 | $451.37 |
| 3 | FAY SERVICING LLC<br>»» 003 | Mortgage Arrears | $2,058.81 | $1,086.64 | $972.17 |
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $500.00 | $500.00 | $0.00 |

**Chapter 13 Case No. 22-11021-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $22,483.00 | Current Monthly Payment: | $688.00 |
| Paid to Claims: | $20,552.67 | Arrearages: | $1,848.00 |
| Paid to Trustee: | $1,930.33 | Total Plan Base: | $38,091.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.