Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Sharon K. Livering
248 1/2 E South Street
Allentown, PA 18109

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026
**Chapter 13 Case No. 22-11021-PMM**

Petition Filed Date: 04/21/2022
341 Hearing Date: 06/28/2022
Confirmation Date: 12/15/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/07/2025 | $688.00 | | 09/09/2025 | $688.00 | | 10/07/2025 | $688.00 | |
| 11/07/2025 | $688.00 | | 12/08/2025 | $688.00 | | 01/08/2026 | $688.00 | |
| 02/09/2026 | $688.00 | | 03/09/2026 | $688.00 | | 04/07/2026 | $688.00 | |
| 05/11/2026 | $688.00 | | 06/08/2026 | $688.00 | | 07/07/2026 | $688.00 | |

**Total Receipts for the Period: $8,256.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $30,739.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | YOUNG MARR MALLIS & ASSOCIATES | Attorney Fees | $3,250.00 | $3,250.00 | $0.00 |
| 1 | FAY SERVICING LLC<br>»» 001 | Mortgage Arrears | $28,450.01 | $22,809.85 | $5,640.16 |
| 2 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC<br>»» 002 | Unsecured Creditors | $451.37 | $0.00 | $451.37 |
| 3 | FAY SERVICING LLC<br>»» 003 | Mortgage Arrears | $2,058.81 | $1,628.20 | $430.61 |
| 0 | YOUNG MARR MALLIS & ASSOCIATES | Attorney Fees | $500.00 | $500.00 | $0.00 |

**Chapter 13 Case No. 22-11021-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $30,739.00 | Current Monthly Payment: | $688.00 |
| Paid to Claims: | $28,188.05 | Arrearages: | $1,848.00 |
| Paid to Trustee: | $2,550.95 | Total Plan Base: | $38,091.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.